IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC BLATTMAN, individually and as an assignee of certain former members of E2.0 LLC, LAMB FAMILY LLC and DAVID STAUDINGER,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS M. SIEBEL, DAVID SCHMAIER, JOHN DOE 1 and JANE DOE 2,<br><br>    Defendants,<br><br><br>C3, INC. d/b/a C3 IoT,<br>    Defendant,<br>    Counterclaim Defendant. | Civ. No. 15-530-CFC<br><br>**CONSOLIDATED** |

## **ORDER**

For the reasons stated in the Court's Memorandum Opinion issued this same date,

IT IS ORDERED this 29th day of January 2020 in Wilmington that:

    1. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiffs;

2. Plaintiffs shall pay to Defendants the reasonable attorneys' fees, costs, and disbursements Defendants incurred in defending themselves in this action; and

3. Plaintiffs' oral motion to amend their pleadings is DENIED.

_____
United States District Judge