IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC BLATTMAN, individually and as an assignee of certain former members of E2.0 LLC, LAMB FAMILY LLC, and DAVID STAUDINGER,     )<br>)<br>)<br>)<br>)<br>      Plaintiffs/Counterclaim )<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>THOMAS M. SIEBEL, DAVID SCHMAIER, JOHN DOE 1, AND JANE DOE 2, )<br>)<br>)<br>)<br>      Defendants, )<br>)<br>C3, INC. d/b/a C3 IoT )<br>)<br>      Defendant/Counterclaim )<br>      Defendant. )| C.A. No. 1:15-cv-00530-CFC<br><br>**CONSOLIDATED** |

## DEFENDANTS' MOTION FOR ATTORNEYS' FEES

Defendants C3, Inc., Thomas M. Siebel and David Schmaier hereby move the Court for attorneys' fees and disbursements in the amount of $10,141,326.66. The grounds for this motion are set forth more fully in the opening brief filed herewith, and will be further set forth in additional briefing to be submitted.

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP


/s/ Lauren Neal Bennett
Kenneth J. Nachbar (#2067)
Lauren Neal Bennett (#5940)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
knachbar@mnat.com
lbennett@mnat.com
*Attorneys for Defendants C3, Inc.,*
*Thomas M. Siebel and David Schmaier*

OF COUNSEL:

Michael B. Carlinsky
Edward J. DeFranco
Joseph Milowic III
John H. Chun
Jesse Bernstein
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
eddefranco@quinnemanuel.com
josephmilowic@quinnemanuel.com
johnchun@quinnemanuel.com
jesseberstein@quinnemanuel.com


Kevin P.B. Johnson
Michael T. Lifrak
David E. Myre
William T. Pilon
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
michaellifrak@quinnemanuel.com
davidmyre@quinnemanuel.com
williampilon@quinnemanuel.com

February 12, 2020