# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC BLATTMAN, individually and as an assignee of certain former members of E2.0 LLC, LAMB FAMILY LLC, and DAVID STAUDINGER,<br><br>          Plaintiffs/Counterclaim Plaintiffs,<br><br>v.<br><br>THOMAS M. SIEBEL, DAVID SCHMAIER, JOHN DOE 1, AND JANE DOE 2,<br><br>          Defendants,<br><br>C3, INC. d/b/a C3 IoT<br><br>          Defendant/Counterclaim Defendant. | C.A. No. 1:15-cv-00530-CFC<br><br>**CONSOLIDATED** |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES RELATED TO PLAINTIFFS' APPEAL AND DEFENDANTS' REQUEST FOR FEES

WHEREAS, on February 25, 2021, Defendants filed a Motion for Attorneys' Fees Related to Plaintiffs' Appeal and Defendants' Request for Fees (the "Motion"); and

WHEREAS, the Court has considered the parties' submissions as well as the applicable law;

IT IS HEREBY ORDERED this ___ day of _____, 2021, that Defendants' Motion is GRANTED, such that:

1. Plaintiffs are ORDERED to pay Defendants their reasonable attorneys' fees and disbursements in the amount of $572,376.76, in addition to the $10,141,326.66 of fees previously sought. (*See* D.I. 379, at 1.)

_____
HON. COLM F. CONNOLLY
UNITED STATES DISTRICT COURT JUDGE