# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC BLATTMAN, individually and as an assignee of certain former members of E2.0 LLC, LAMB FAMILY LLC, and DAVID STAUDINGER, <br><br> Plaintiffs/Counterclaim Plaintiffs, <br><br> v. <br><br> THOMAS M. SIEBEL, DAVID SCHMAIER, JOHN DOE 1, AND JANE DOE 2, <br><br> Defendants, <br><br> C3, INC. d/b/a C3 IoT <br><br> Defendant/Counterclaim Defendant. | C.A. No. 1:15-cv-00530-CFC <br><br> **CONSOLIDATED** |

## DEFENDANTS' STATEMENT UNDER LOCAL RULE 7.1.1

Pursuant to Local Rule 7.1.1, counsel for Defendants C3, Inc., Thomas M. Siebel and David Schmaier aver that a reasonable effort has been made to reach agreement with the opposing party on the matters set forth in Defendants' Motion for Attorneys' Fees Related to Plaintiffs' Appeal and Defendants' Request for Fees. The parties were unable to reach agreement.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | /s/ Lauren K. Neal<br>Kenneth J. Nachbar (#2067)<br>Lauren K. Neal (#5940)<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>knachbar@morrisnichols.com<br>lneal@morrisnichols.com<br>*Attorneys for Defendants C3, Inc., Thomas M. Siebel and David Schmaier* |
| Michael B. Carlinsky<br>David E. Myre<br>Jesse Bernstein<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>michaelcarlinsky@quinnemanuel.com<br>davidmyre@quinnemanuel.com<br>jessebernstein@quinnemanuel.com | |
| Kevin P.B. Johnson<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>(650) 801-5000<br>kevinjohnson@quinnemanuel.com | |
| February 25, 2021 | |