# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC BLATTMAN, individually and as an assignee of certain former members of E2.0 LLC, LAMB FAMILY LLC, and DAVID STAUDINGER,<br><br>    Plaintiffs/Counterclaim Plaintiffs,<br><br>v.<br><br>THOMAS M. SIEBEL, DAVID SCHMAIER, JOHN DOE 1, AND JANE DOE 2,<br><br>    Defendants,<br><br>C3, INC. d/b/a C3 IoT<br><br>    Defendant/Counterclaim Defendant. | C.A. No. 1:15-cv-00530-CFC<br><br>**CONSOLIDATED** |

**CERTIFICATE OF COMPLIANCE WITH TYPEFACE REQUIREMENT AND TYPE-VOLUME LIMITATION**

1. The foregoing Defendants' Motion for Attorneys' Fees Related to Plaintiffs' Appeal and Defendants' Request for Fees (the "Motion") complies with the typeface requirement of Paragraph 16 of Judge Connolly's form Rule 16 Scheduling Order for Non-Patent Cases revised March 2, 2020 (the "Form Scheduling Order"), the Standing Order Regarding Briefing in Non-Patent Cases dated June 18, 2019 (the "June 18, 2019 Standing Order") and the Standing Order Regarding Briefing in all cases dated November 6, 2019 (the "November 6, 2019

Standing Order," and with the June 18, 2019 Standing Order and the Form Scheduling Order, the "Orders"), because all text, including footnotes, is in Times New Roman 14-point typeface.

2. The foregoing Motion complies with the word type-volume limitation of the Orders, including Paragraph 15 of the Form Scheduling Order, because the document contains 1,038 words.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | */s/ Lauren K. Neal* |
|  | Kenneth J. Nachbar (#2067) |
| Michael B. Carlinsky | Lauren K. Neal (#5940) |
| David E. Myre | 1201 North Market Street |
| Jesse Bernstein | Wilmington, DE  19801 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | (302) 658-9200 |
| 51 Madison Avenue, 22nd Floor | knachbar@morrisnichols.com |
| New York, NY 10010 | lneal@morrisnichols.com |
| (212) 849-7000 | *Attorneys for Defendants C3, Inc.,* |
| michaelcarlinsky@quinnemanuel.com | *Thomas M. Siebel and David Schmaier* |
| davidmyre@quinnemanuel.com |  |
| jessebernstein@quinnemanuel.com |  |
|  |  |
| Kevin P.B. Johnson |  |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP |  |
| 555 Twin Dolphin Dr., 5th Floor |  |
| Redwood Shores, CA 94065 |  |
| (650) 801-5000 |  |
| kevinjohnson@quinnemanuel.com |  |

February 25, 2021