# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC BLATTMAN, individually and as an assignee of certain former members of E2.0 LLC, LAMB FAMILY LLC, and DAVID STAUDINGER, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS M. SIEBEL, DAVID SCHMAIER, JOHN DOE 1, AND JANE DOE 2, <br><br> Defendants. | C.A. No. 1:15-cv-00530-CFC <br> **CONSOLIDATED** <br><br><br> **PUBLIC VERSION** |
| C3, INC. d/b/a C3 IoT <br><br> Plaintiff, <br><br> v. <br><br> ERIC BLATTMAN, individually and as an assignee of certain former members of E2.0 LLC, and as the Securityholder Representative for Unitholders of E2.0 LLC, LAMB FAMILY LLC, and DAVID STAUDINGER, <br><br> Defendants. | |

### DECLARATION OF DAVID MYRE IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES RELATED TO PLAINTIFFS' APPEAL AND DEFENDANTS' REQUEST FOR FEES

I, David Myre, hereby declare under penalty of perjury as follows:

1. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel"), attorneys for Defendants C3.ai, Inc., Thomas Siebel and

1

David Schmaier ("Defendants") in this action.  I submit this declaration in support of Defendants' Motion for Attorneys' Fees Related to Plaintiffs' Appeal and Defendants' Request for Fees.  I make this declaration of personal, firsthand knowledge, unless noted otherwise, and if called and sworn as a witness, I could and would testify competently hereto.

2. In addition to those amounts Defendants have already sought to recover (D.I. 379, at 1), Defendants seek to recover their attorneys' fees incurred in this matter associated with (1) defending against the Third Circuit appeal filed by Plaintiffs Eric Blattman, David Staudinger, and Lamb Family LLC ("Plaintiffs"), in which the Third Circuit ruled in favor of Defendants and against Plaintiffs stating, among other things, that "[b]ecause Plaintiffs did not prevail on the chief issues, we hold the trial judge correctly found C3 to be the prevailing party entitled to attorneys' fees and costs under the Merger Agreement," (*Blattman et al. v. Siebel et al.*, Case No. 20-01417, D.I. 45, at 13 (3d Cir., Feb. 17, 2021)); and (2) Defendants' request to recover attorneys' fees associated with the briefing Defendants have been required to submit in an effort to recover the fees owed to them pursuant to Section 7.3 of the parties' Merger Agreement, and as ordered by this Court and the Third Circuit.

3. My partner, Michael Carlinsky, previously submitted a declaration in support of Defendants' Motion for Attorneys' Fees.  (D.I. 381).  In that declaration, Mr. Carlinsky provided details regarding the attorneys representing Defendants, the

2

scope of the engagement, the work performed by different law firms, the credentials of specific attorneys, those attorneys' fees and hourly rates, additional services provided at no cost, and a calculation of fees from November 2014 until November 2019.  (*See generally id.*)

4. I provide the updated information below in support Defendants' February 25, 2021 Motion filed herewith.

## QUINN EMANUEL

5. Quinn Emanuel continued its representation of Defendants in seeking to recover fees from Plaintiffs pursuant to the Court's order (D.I. 377, at ¶ 2), and in successfully defending against Plaintiffs' appeal to the Third Circuit.

6. In addition to the details provided in Mr. Carlinsky's prior declaration, (D.I. 381, ¶ 5), the Quinn Emanuel attorneys who worked on these issues include:

    a. **Kathleen Sullivan.**  Ms. Sullivan is a partner in Quinn Emanuel's New York and Los Angeles offices.  Widely recognized as one of the nation's top appellate advocates, she has been repeatedly named to The National Law Journal's list of The 100 Most Influential Lawyers in America.  The former Dean of Stanford Law School, Ms. Sullivan joined Quinn Emanuel in 2005 after a storied career as professor of law at Harvard and Stanford Law Schools, where she taught constitutional law to several generations of law students.  She represents a wide range of clients, has argued eleven times before the United States Supreme

Court, and has argued numerous other cases in the US Courts of Appeals, including the First, Second, Third, Fifth, Seventh, Ninth and Federal Circuits, in addition to arguing cases before state high courts including the New York Court of Appeals and the California Supreme Court. Ms. Sullivan led the appellate team and presented the oral argument for the Defendants before the Third Circuit in this case.

      b.     **Michael B. Carlinsky.**  Mr. Carlinsky is a partner at Quinn Emanuel's New York office. (D.I. 381, ¶ 5(a).) He was lead trial counsel in this matter, and also advised on matters related to the recovery of fees and the appellate issues raised before the Third Circuit.

      c.     **Edward J. DeFranco.**  Mr. DeFranco is a partner in Quinn Emanuel's New York office. (D.I. 381, ¶ 5(b).) He acted as trial counsel for Defendants on this matter, and also advised on matters related to the recovery of fees and the appellate issues raised before the Third Circuit.

      d.     **Kevin P.B. Johnson.**  Mr. Johnson is a partner in Quinn Emanuel's Silicon Valley office. (D.I. 381, ¶ 5(c).) He acted as trial counsel for Defendants on this matter, and also advised on matters related to the recovery of fees and the appellate issues raised before the Third Circuit.

      e.     **Joseph Milowic III.**  Mr. Milowic is a partner in Quinn Emanuel's New York office. (D.I. 381, ¶ 5(d).) He acted as trial counsel for

Defendants on this matter, and also advised on matters related to the recovery of fees and the appellate issues raised before the Third Circuit.

  **f.** **Michael Lifrak.** Mr. Lifrak is a partner in Quinn Emanuel's Los Angeles office. (D.I. 381, ¶ 5(e).) He acted as trial counsel for Defendants on this matter, and also advised on matters related to the recovery of fees and the appellate issues raised before the Third Circuit.

  **g.** **David Myre.** I am a partner in Quinn Emanuel's New York office. (D.I. 381, ¶ 5(g).) I acted as trial counsel for Defendants on this matter, and also advised on matters related to the recovery of fees and the appellate issues raised before the Third Circuit.

  **h.** **William Pilon**. Mr. Pilon is an associate in Quinn Emanuel's Silicon Valley office. (D.I. 381, ¶ 5(h).) He acted as trial counsel for Defendants on this matter, and also advised on matters related to the recovery of fees in this case.

  **i.** **Jesse Bernstein.** Mr. Bernstein is an associate in Quinn Emanuel's New York office. (*See* D.I. 381, ¶ 5(i).) He acted as trial counsel for Defendants on this matter, and also advised on matters related to the recovery of fees and the appellate issues raised before the Third Circuit.

  7. Quinn Emanuel continued to apply a 10% discount to all the fees it charged Defendants. The discount is reflected in Defendants' claimed attorneys' fees below.

8. For these team members, listed above, hourly rates—and those rates as reflected through the 10% discount rate—are as follows:

| Attorney | Title | Highest Rate | With 10% Discount |
|---|---|---|---|
| Kathleen Sullivan | Partner | $ 1,550 | $ 1,395 |
| Michael B. Carlinsky | Partner | $ 1,550 | $ 1,395 |
| Edward J. DeFranco | Partner | $ 1,260 | $ 1,134 |
| Kevin P.B. Johnson | Partner | $ 1,135 | $ 1,021.50 |
| Joseph Milowic III | Partner | $ 1,150 | $ 1,035 |
| Michael Lifrak | Partner | $ 1,095 | $ 985.50 |
| David Myre | Partner | $ 940 | $ 846 |
| William Pilon | Associate | $ 880 | $ 792 |
| Jesse Bernstein | Associate | $ 885 | $ 796.50 |

9. The partners who worked on this matter during the appeal and fees briefing charged an average rate of $1,116 an hour in 2020. The associates who worked on this matter during the appeal and fees briefing charged an average rate of $794.25 per hour in 2020.

10. Quinn Emanuel's contemporaneous time records for all relevant months are attached in **Appendix A**. These time records are prepared and kept in the regular course of business each month. The amounts of time and narratives were prepared by each individual attorney at or near the time of the events they record, and the attached final compilations are prepared by Quinn Emanuel staff, then sent to Defendants, in the regular course of business.

11. In some instances, Defendants have redacted certain limited portions of time entries to protect private, work product and/or attorney client privileged information while still disclosing enough information to show that the work is directly related to the instant litigation.  In other instances, Defendants have redacted certain tasks in their entirety, and reduced their requested fees associated therewith, demonstrating the reasonableness of the requested fees in this matter and otherwise obviating any dispute whether the fees are recoverable, including for example, ministerial tasks.

12. Over the course of the appellate proceedings, Quinn Emanuel also provided additional services to Defendants at no cost.  For example, Derek Shaffer, a partner in Quinn Emanuel's Washington D.C. office and the co-chair of the firm's Government & Regulatory Litigation practice as well as its National Appellate Litigation practice, served as a moot court judge and provided guidance throughout the pendency of the Third Circuit appeal at no cost to Defendants.  As another example, summer associate Arian Koochesfahani provided legal research assistance in preparation for the Third Circuit appeal, also at no cost to Defendants.

13. Quinn Emanuel's total requested fees and disbursements for each month after the previous Motion for Attorneys' Fees are as follows:

    a. **March 2020:** $106,225.87

    b. **April 2020:** $75,597.95

  **c.** **May 2020:** $13,637.70

  **d.** **June 2020:** $2,946.00

  **e.** **July 2020:** $65,468.46

  **f.** **August 2020:** $138,612.15

  **g.** **September 2020:** $14,001.30

  **h.** **October 2020:** $423.00

  **i.** **November 2020:** $34,474.79

  **j.** **December 2020:** $80,315.66

  **k.** **February 2021:** $5,160.60

14. Therefore, Defendants' total claimed additional attorneys' fees and disbursements charged by Quinn Emanuel is **$536,863.48**.

15. Quinn Emanuel attorneys dedicated **575.7** hours over the last year to this litigation, for which Defendants incurred a total of **$536,863.48** in attorneys' fees. The total amount billed divided by total hours reflects an effective blended rate of $**932.54** per hour.

**MORRIS NICHOLS**

16. Morris Nichols continued to act as Defendants' Delaware counsel representing Defendants in seeking to recover fees from Plaintiffs pursuant to the Court's order (D.I. 377), and successfully defending against Plaintiffs' appeal to the Third Circuit of certain portions of the Court's Order.

17.     The attorneys for Morris Nichols as described in Mr. Carlinsky's February 12, 2020 declaration continued to represent Defendants in these efforts. (D.I. 381, at ¶ 22.)

18.     Morris Nichols's contemporaneous time records for all relevant months for the Third Circuit appeal are attached in **Appendix B**.  These time records are prepared and kept in the regular course of business each month.  The amounts of time and narratives were prepared by each individual timekeeper at or near the time of the events they records, and the attached final compilations are prepared by Morris Nichols staff, then sent to Quinn Emanuel and Defendants, in the regular course of business.  Redactions and off-sets were applied to Morris Nichols's time records in the same manner as Quinn Emanuel's, described *supra* Paragraph 11.  Following this method, Morris Nichols's total claimed fees and disbursements for each month are as follows:

      a.    **February 2020:** $1,893.00

      b.    **March 2020:** $9,918.13

      c.    **April 2020:** $13,123.71

      d.    **May 2020:** $2,743.60

      e.    **June 2020:** $963.00

      f.    **July 2020:** $2,689.00

      g.    **August 2020:** $2,387.68

  h. **September 2020:** $643.16

  i. **October 2020:** $768.00

  j. **November 2020:** $384.00

  k. **December 2020:** $869.00

19. Therefore, Defendants' total claimed additional attorneys' fees and disbursements charged by Morris Nichols are **$35,513.28**.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated February 25, 2021  
New York, New York           */s/ David E. Myre*  
                   David E. Myre