APPENDICES A AND B
REDACTED IN THEIR ENTIRETY