IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC BLATTMAN, individually and as an assignee of certain former members of E2.0 LLC, LAMB FAMILY LLC and DAVID STAUDINGER,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS M. SIEBEL, DAVID SCHMAIER, JOHN DOE 1 and JANE DOE 2,<br><br>    Defendants,<br><br>C3, INC. d/b/a C3 IoT,<br>    Defendant,<br>    Counterclaim Defendant. | Civ. No. 15-530-CFC |

**ORDER**

Pending before me is Defendants' motion for attorneys' fees and disbursements in the amount of $10,141,326.66. D.I. 379. Defendants have presented its fee request as an "all-or-nothing" choice; and, as the amount of fees requested seems to me excessive and Plaintiffs have raised legitimate questions about the requested mount, *see generally* D.I. 387, I will DENY the motion without prejudice to renew.

It strikes me that efficiencies could be gained by having a Special Master appointed to determine in the first instance an appropriate fee amount. It also occurs to me that any assessment of the reasonableness of Defendants' fees should involve a consideration of the amount of fees Plaintiffs incurred in litigating this case.

Accordingly, at Wilmington this Twenty-fifth day of March in 2021, it is HEREBY ORDERED that:

1. Defendants' motion for attorneys' fees (D.I. 379) is DENIED without prejudice to renew; and

2. The parties are to meet and confer about how the Court can efficiently and expeditiously make a determination about the amount of fees that should be awarded to Defendants and to file no later than April 14, 2021 a joint status report that sets forth a proposed procedure and schedule for making that determination.

_____
United States District Judge