# APPENDIX A

| Date | Firm | Fees / Costs* | Total Hours | Atty Hours | Invoice | Bates No. |
|---|---|---|---|---|---|---|
| 6/26/2017 | Foley Hoag, LLP | $ 18,330.79 | 28.60 | 28.30 | 623888 | Blattman_Invoices_000001 |
| 7/11/2017 | Foley Hoag, LLP | $ 4,640.00 | 6.60 | 6.60 | 625135 | Blattman_Invoices_000010 |
| 8/4/2017 | Foley Hoag, LLP | $ 3,076.34 | 4.90 | 4.90 | 627555 | Blattman_Invoices_000016 |
| 9/8/2017 | Foley Hoag, LLP | $ 9,659.70 | 16.80 | 13.50 | 630199 | Blattman_Invoices_000020 |
| 10/12/2017 | Foley Hoag, LLP | $ 16,234.59 | 29.90 | 19.20 | 633101 | Blattman_Invoices_000026 |
| 11/14/2017 | Foley Hoag, LLP | $ 6,029.37 | 12.20 | 6.90 | 635914 | Blattman_Invoices_000033 |
| 12/7/2017 | Foley Hoag, LLP | $ 250.10 | 0.40 | 0.40 | 638051 | Blattman_Invoices_000039 |
| 7/17/2018 | Foley Hoag, LLP | $ 3,168.00 | 4.80 | 4.80 | 655542 | Blattman_Invoices_000043 |
| 1/10/2018 | Foley Hoag, LLP | $ 1,694.22 | 3.20 | 1.80 | 640402 | Blattman_Invoices_000047 |
| 3/12/2018 | Foley Hoag, LLP | $ 2,680.00 | 4.00 | 4.00 | 645129 | Blattman_Invoices_000052 |
| 6/6/2018 | Foley Hoag, LLP | $ 999.00 | 1.50 | 1.50 | 652410 | Blattman_Invoices_000056 |
| 8/3/2018 | Foley Hoag, LLP | $ 1,447.50 | 2.70 | 2.10 | 657589 | Blattman_Invoices_000060 |
| 3/3/2017 | Pinckney, Weidinger, Urban & Joyce | $ 91.65 | 0.00 | 0.00 | 8703 | Blattman_Invoices_000064 |
| 1/30/2017 | Pinckney, Weidinger, Urban & Joyce | $ 2,483.30 | 5.10 | 5.10 | 8670 | Blattman_Invoices_000065 |
| 1/12/2017 | Pinckney, Weidinger, Urban & Joyce | $ 26,044.90 | 66.50 | 66.50 | 8516 | Blattman_Invoices_000067 |
| 9/23/2016 | Pinckney, Weidinger, Urban & Joyce | $ 4,187.24 | 12.10 | 11.40 | 8343 | Blattman_Invoices_000071 |
| 7/8/2016 | Pinckney, Weidinger, Urban & Joyce | $ 15,829.34 | 50.70 | 50.00 | 8268 | Blattman_Invoices_000073 |
| 12/17/2015 | Pinckney, Weidinger, Urban & Joyce | $ 6,373.06 | 20.60 | 18.90 | 8159 | Blattman_Invoices_000077 |
| 4/30/2013 | Tibbetts Keating & Butler, LLC | $ 54,734.00 | 170.78 | 167.38 | 1560 | Blattman_Invoices_000080 |
| 5/29/2013 | Tibbetts Keating & Butler, LLC | $ 20,280.00 | 52.90 | 52.90 | 1567 | Blattman_Invoices_000086 |
| 6/10/2013 | Tibbetts Keating & Butler, LLC | $ 4,860.00 | 10.30 | 10.30 | 1571 | Blattman_Invoices_000089 |
| 6/30/2013 | Tibbetts Keating & Butler, LLC | $ 14,150.00 | 28.40 | 28.40 | 1674 | Blattman_Invoices_000091 |
| 7/31/2013 | Tibbetts Keating & Butler, LLC | $ 14,445.00 | 28.30 | 28.30 | 1711 | Blattman_Invoices_000093 |
| 9/20/2013 | Tibbetts Keating & Butler, LLC | $ 16,145.00 | 29.90 | 29.90 | 1786 | Blattman_Invoices_000096 |
| 8/31/2013 | Tibbetts Keating & Butler, LLC | $ 13,795.00 | 25.90 | 25.90 | 1856 | Blattman_Invoices_000099 |
| 9/30/2013 | Tibbetts Keating & Butler, LLC | $ 12,300.00 | 22.80 | 22.80 | 1916 | Blattman_Invoices_000101 |
| 10/31/2013 | Tibbetts Keating & Butler, LLC | $ 28,025.00 | 57.00 | 57.00 | 1982 | Blattman_Invoices_000103 |
| 11/30/2013 | Tibbetts Keating & Butler, LLC | $ 27,825.00 | 54.60 | 54.60 | 2050 | Blattman_Invoices_000106 |
| 12/31/2013 | Tibbetts Keating & Butler, LLC | $ 1,285.00 | 1.70 | 1.70 | 2117 | Blattman_Invoices_000109 |
| 1/31/2014 | Tibbetts Keating & Butler, LLC | $ 2,255.00 | 4.80 | 4.80 | 2172 | Blattman_Invoices_000110 |
| 2/28/2014 | Tibbetts Keating & Butler, LLC | $ 2,395.00 | 5.10 | 5.10 | 2241 | Blattman_Invoices_000112 |
| 3/31/2014 | Tibbetts Keating & Butler, LLC | $ 1,690.00 | 4.80 | 4.80 | 2288 | Blattman_Invoices_000113 |
| 4/30/2014 | Tibbetts Keating & Butler, LLC | $ 3,430.00 | 8.90 | 8.90 | 2359 | Blattman_Invoices_000115 |

| Date | Firm | Fees / Costs* | Total Hours | Atty Hours | Invoice | Bates No. |
|---|---|---|---|---|---|---|
| 5/31/2014 | Tibbetts Keating & Butler, LLC | $ 1,935.00 | 6.10 | 6.10 | 2442 | Blattman_Invoices_000117 |
| 6/30/2014 | Tibbetts Keating & Butler, LLC | $ 1,170.00 | 4.10 | 4.10 | 2511 | Blattman_Invoices_000119 |
| 7/31/2014 | Tibbetts Keating & Butler, LLC | $ 3,135.00 | 7.80 | 7.80 | 2592 | Blattman_Invoices_000121 |
| 8/31/2014 | Tibbetts Keating & Butler, LLC | $ 24,695.00 | 125.90 | 125.90 | 2698 | Blattman_Invoices_000123 |
| 9/30/2014 | Tibbetts Keating & Butler, LLC | $ 14,805.00 | 75.70 | 75.70 | 2777 | Blattman_Invoices_000128 |
| 10/31/2014 | Tibbetts Keating & Butler, LLC | $ 8,595.00 | 55.90 | 55.90 | 2864 | Blattman_Invoices_000131 |
| 12/31/2014 | Tibbetts Keating & Butler, LLC | $ 15.00 | 0.00 | 0.00 | 3037 | Blattman_Invoices_000135 |
| 12/31/2014 | Tibbetts Keating & Butler, LLC | $ 1,565.00 | 8.00 | 8.00 | 3038 | Blattman_Invoices_000136 |
| 1/31/2015 | Tibbetts Keating & Butler, LLC | $ 600.00 | 3.00 | 3.00 | 3105 | Blattman_Invoices_000138 |
| 2/28/2015 | Tibbetts Keating & Butler, LLC | $ - | 0.00 | 0.00 | 3200 | Blattman_Invoices_000139 |
| 2/28/2015 | Tibbetts Keating & Butler, LLC | $ - | 0.00 | 0.00 | 3301 | Blattman_Invoices_000140 |
| 2/28/2015 | Tibbetts Keating & Butler, LLC | $ 8,415.00 | 49.60 | 49.60 | 3371 | Blattman_Invoices_000141 |
| 3/31/2015 | Tibbetts Keating & Butler, LLC | $ - | 0.00 | 0.00 | 3427 | Blattman_Invoices_000144 |
| 3/31/2015 | Tibbetts Keating & Butler, LLC | $ 38,512.50 | 204.80 | 204.80 | 3510 | Blattman_Invoices_000145 |
| 4/30/2015 | Tibbetts Keating & Butler, LLC | $ 8,315.00 | 47.90 | 47.90 | 3547 | Blattman_Invoices_000154 |
| 5/31/2015 | Tibbetts Keating & Butler, LLC | $ 50,277.50 | 277.55 | 277.55 | 3692 | Blattman_Invoices_000157 |
| 6/30/2015 | Tibbetts Keating & Butler, LLC | $ 5,470.00 | 27.70 | 27.70 | 3723 | Blattman_Invoices_000166 |
| 7/31/2015 | Tibbetts Keating & Butler, LLC | $ 1,717.50 | 8.60 | 8.60 | 3809 | Blattman_Invoices_000169 |
| 8/31/2015 | Tibbetts Keating & Butler, LLC | $ 800.00 | 4.00 | 4.00 | 3860 | Blattman_Invoices_000171 |
| 8/31/2015 | Tibbetts Keating & Butler, LLC | $ - | 0.00 | 0.00 | 3861 | Blattman_Invoices_000172 |
| 9/1/2015 | Tibbetts Keating & Butler, LLC | $ - | 0.00 | 0.00 | 3908 | Blattman_Invoices_000173 |
| 9/30/2015 | Tibbetts Keating & Butler, LLC | $ 527.50 | 2.70 | 2.70 | 3967 | Blattman_Invoices_000174 |
| 10/31/2015 | Tibbetts Keating & Butler, LLC | $ 2,032.50 | 10.40 | 10.40 | 4038 | Blattman_Invoices_000176 |
| 11/30/2015 | Tibbetts Keating & Butler, LLC | $ 4,877.50 | 26.50 | 26.50 | 4098 | Blattman_Invoices_000179 |
| 12/31/2015 | Tibbetts Keating & Butler, LLC | $ 2,345.00 | 12.00 | 12.00 | 4191 | Blattman_Invoices_000181 |
| 1/31/2016 | Tibbetts Keating & Butler, LLC | $ 19,340.00 | 98.90 | 98.90 | 4271 | Blattman_Invoices_000183 |
| 2/29/2016 | Tibbetts Keating & Butler, LLC | $ 2,140.00 | 10.70 | 10.70 | 4294 | Blattman_Invoices_000187 |
| 3/31/2016 | Tibbetts Keating & Butler, LLC | $ 292.50 | 1.50 | 1.50 | 4363 | Blattman_Invoices_000189 |
| 4/30/2016 | Tibbetts Keating & Butler, LLC | $ 2,362.50 | 12.40 | 12.40 | 4422 | Blattman_Invoices_000190 |
| 5/31/2016 | Tibbetts Keating & Butler, LLC | $ 4,302.50 | 21.90 | 21.90 | 4513 | Blattman_Invoices_000192 |
| 6/30/2016 | Tibbetts Keating & Butler, LLC | $ 21,927.50 | 115.50 | 115.50 | 4540 | Blattman_Invoices_000195 |
| 6/30/2016 | Tibbetts Keating & Butler, LLC | $ - | 0.00 | 0.00 | 4596 | Blattman_Invoices_000200 |
| 6/30/2016 | Tibbetts Keating & Butler, LLC | $ - | 0.00 | 0.00 | 4666 | Blattman_Invoices_000201 |

| Date | Firm | Fees / Costs* | Total Hours | Atty Hours | Invoice | Bates No. |
|---|---|---|---|---|---|---|
| 7/31/2016 | Tibbetts Keating & Butler, LLC | $ 54,020.00 | 282.70 | 282.70 | 4702 | Blattman_Invoices_000202 |
| 8/31/2016 | Tibbetts Keating & Butler, LLC | $ 200.00 | 1.00 | 1.00 | 4772 | Blattman_Invoices_000210 |
| 8/31/2016 | Tibbetts Keating & Butler, LLC | $ 11,052.50 | 74.05 | 74.05 | 4775 | Blattman_Invoices_000211 |
| 10/31/2016 | Tibbetts Keating & Butler, LLC | $ 55,602.50 | 413.85 | 239.35 | 4937 | Blattman_Invoices_000215 |
| 11/30/2016 | Tibbetts Keating & Butler, LLC | $ - | 0.00 | 0.00 | 5005 | Blattman_Invoices_000226 |
| 11/30/2016 | Tibbetts Keating & Butler, LLC | $ 72,002.50 | 505.20 | 371.45 | 5038 | Blattman_Invoices_000227 |
| 12/31/2016 | Tibbetts Keating & Butler, LLC | $ 87,865.00 | 512.40 | 512.40 | 5076 | Blattman_Invoices_000243 |
| 1/31/2017 | Tibbetts Keating & Butler, LLC | $ 20,227.50 | 115.10 | 115.10 | 5155 | Blattman_Invoices_000260 |
| 2/28/2017 | Tibbetts Keating & Butler, LLC | $ 7,890.00 | 43.20 | 43.20 | 5218 | Blattman_Invoices_000268 |
| 3/31/2017 | Tibbetts Keating & Butler, LLC | $ 3,162.50 | 16.35 | 16.35 | 5290 | Blattman_Invoices_000273 |
| 4/30/2017 | Tibbetts Keating & Butler, LLC | $ 1,012.50 | 5.45 | 5.45 | 5372 | Blattman_Invoices_000275 |
| 5/31/2017 | Tibbetts Keating & Butler, LLC | $ 3,020.00 | 13.60 | 13.50 | 5374 | Blattman_Invoices_000276 |
| 6/30/2017 | Tibbetts Keating & Butler, LLC | $ 1,012.50 | 5.60 | 5.60 | 5474 | Blattman_Invoices_000278 |
| 7/31/2017 | Tibbetts Keating & Butler, LLC | $ 347.50 | 2.45 | 2.45 | 5554 | Blattman_Invoices_000280 |
| 8/31/2017 | Tibbetts Keating & Butler, LLC | $ 75.00 | 0.75 | 0.75 | 5611 | Blattman_Invoices_000281 |
| 9/30/2017 | Tibbetts Keating & Butler, LLC | $ - | 0.00 | 0.00 | 5660 | Blattman_Invoices_000282 |
| 9/30/2017 | Tibbetts Keating & Butler, LLC | $ 600.00 | 3.00 | 3.00 | 5661 | Blattman_Invoices_000283 |
| 11/30/2017 | Tibbetts Keating & Butler, LLC | $ - | 0.00 | 0.00 | 5809 | Blattman_Invoices_000284 |
| 12/31/2017 | Tibbetts Keating & Butler, LLC | $ - | 0.00 | 0.00 | 5872 | Blattman_Invoices_000285 |
| 4/30/2018 | Tibbetts Keating & Butler, LLC | $ - | 0.00 | 0.00 | 6125 | Blattman_Invoices_000286 |
| 2/20/2020 | Butler Tibbetts | $ 400.00 | 0.80 | 0.80 | 192 | Blattman_Invoices_000287 |
| 3/17/2020 | Butler Tibbetts | $ - | 0.00 | 0.00 | 222 | Blattman_Invoices_000289 |
| 3/30/2021 | Butler Tibbetts | $ - | 0.00 | 0.00 | 690 | Blattman_Invoices_000291 |
| 9/9/2016 | Williams & Connolly LLP | $ 43,760.97 | 60.25 | 60.25 | 284854 | Blattman_Invoices_000293 |
| 12/2/2016 | Williams & Connolly LLP | $ 29,663.36 | 36.80 | 36.80 | 287152 | Blattman_Invoices_000299 |
| 1/10/2017 | Williams & Connolly LLP | $ 234,565.90 | 479.40 | 291.75 | 288060 | Blattman_Invoices_000306 |
| 2/15/2017 | Williams & Connolly LLP | $ 237,304.27 | 444.10 | 384.60 | 288827 | Blattman_Invoices_000323 |
| 3/13/2017 | Williams & Connolly LLP | $ 260,989.53 | 491.46 | 400.26 | 289657 | Blattman_Invoices_000343 |
| 4/7/2017 | Williams & Connolly LLP | $ 306,479.80 | 559.55 | 466.30 | 290326 | Blattman_Invoices_000366 |
| 5/12/2017 | Williams & Connolly LLP | $ 154,875.84 | 291.65 | 229.45 | 291312 | Blattman_Invoices_000393 |
| 6/13/2017 | Williams & Connolly LLP | $ 169,986.04 | 305.85 | 259.25 | 292071 | Blattman_Invoices_000410 |
| 7/17/2017 | Williams & Connolly LLP | $ 158,305.58 | 285.20 | 231.25 | 293104 | Blattman_Invoices_000430 |
| 8/18/2017 | Williams & Connolly LLP | $ 160,095.32 | 292.25 | 216.00 | 293902 | Blattman_Invoices_000446 |

| Date | Firm | Fees / Costs* | Total Hours | Atty Hours | Invoice | Bates No. |
|---|---|---|---|---|---|---|
| 9/18/2017 | Williams & Connolly LLP | $ 329,367.81 | 529.00 | 424.00 | 294635 | Blattman_Invoices_000462 |
| 10/26/2017 | Williams & Connolly LLP | $ 269,256.36 | 351.25 | 345.25 | 295834 | Blattman_Invoices_000485 |
| 12/6/2017 | Williams & Connolly LLP | $ 225,868.70 | 215.75 | 191.00 | 296799 | Blattman_Invoices_000509 |
| 12/20/2017 | Williams & Connolly LLP | $ 278,477.93 | 170.75 | 146.00 | 297203 | Blattman_Invoices_000528 |
| 2/14/2018 | Williams & Connolly LLP | $ 247,784.59 | 396.90 | 335.50 | 298600 | Blattman_Invoices_000541 |
| 3/20/2018 | Williams & Connolly LLP | $ 136,143.88 | 201.90 | 176.75 | 299545 | Blattman_Invoices_000563 |
| 6/13/2018 | Williams & Connolly LLP | $ 179,049.50 | 290.95 | 217.25 | 301744 | Blattman_Invoices_000576 |
| 7/12/2018 | Williams & Connolly LLP | $ 80,433.49 | 138.50 | 86.00 | 302528 | Blattman_Invoices_000594 |
| 8/9/2018 | Williams & Connolly LLP | $ 76,859.76 | 125.50 | 95.00 | 303236 | Blattman_Invoices_000606 |
| 9/14/2018 | Williams & Connolly LLP | $ 98,150.99 | 143.25 | 129.00 | 304208 | Blattman_Invoices_000616 |
| 10/5/2018 | Williams & Connolly LLP | $ 99,150.13 | 143.30 | 131.00 | 304615 | Blattman_Invoices_000626 |
| 12/13/2018 | Williams & Connolly LLP | $ 37,586.63 | 55.50 | 50.50 | 305702 | Blattman_Invoices_000636 |
| 1/22/2019 | Williams & Connolly LLP | $ 435,806.70 | 723.45 | 570.00 | 307322 | Blattman_Invoices_000643 |
| 4/18/2019 | Williams & Connolly LLP | $ 2,664,467.69 | 4060.29 | 3133.70 | 309898 | Blattman_Invoices_000666 |
| 8/12/2019 | Williams & Connolly LLP | $ 27,064.35 | 20.75 | 4.95 | 502296 | Blattman_Invoices_000741 |
| 5/13/2020 | Williams & Connolly LLP | $ 291.64 | 0.00 | 0.00 | 512265 | Blattman_Invoices_000747 |
| 6/9/2020 | Williams & Connolly LLP | $ 16,557.31 | 21.70 | 21.70 | 513219 | Blattman_Invoices_000750 |
| 8/4/2020 | Williams & Connolly LLP | $ 64,904.50 | 88.10 | 88.10 | 514809 | Blattman_Invoices_000755 |
| 9/2/2020 | Williams & Connolly LLP | $ 31,128.01 | 38.40 | 37.70 | 516774 | Blattman_Invoices_000761 |
| 10/6/2020 | Williams & Connolly LLP | $ 8,214.33 | 3.20 | 1.90 | 517898 | Blattman_Invoices_000767 |
| 11/5/2020 | Williams & Connolly LLP | $ 17,678.11 | 20.10 | 19.00 | 519447 | Blattman_Invoices_000771 |
| 12/8/2020 | Williams & Connolly LLP | $ 34,157.00 | 39.60 | 37.10 | 520549 | Blattman_Invoices_000776 |
| 1/5/2021 | Williams & Connolly LLP | $ 595.51 | 0.00 | 0.00 | 521226 | Blattman_Invoices_000781 |
| 2/2/2021 | Williams & Connolly LLP | $ 595.51 | 0.00 | 0.00 | 522066 | Blattman_Invoices_000784 |
| 4/5/2021 | Williams & Connolly LLP | $ 1,686.84 | 0.00 | 0.00 | 523832 | Blattman_Invoices_000787 |
| 5/5/2021 | Williams & Connolly LLP | $ 96,369.99 | 112.30 | 101.90 | 525338 | Blattman_Invoices_000791 |
| 4/30/2017 | Young Conaway Stargatt & Taylor | $ 44,181.83 | 95.50 | 82.00 | 40402285 | Blattman_Invoices_000802 |
| 5/22/2017 | Young Conaway Stargatt & Taylor | $ 49,950.14 | 120.90 | 92.30 | 40402944 | Blattman_Invoices_000818 |
| 6/26/2017 | Young Conaway Stargatt & Taylor | $ 19,783.60 | 49.40 | 36.30 | 40403898 | Blattman_Invoices_000838 |
| 7/31/2017 | Young Conaway Stargatt & Taylor | $ 25,050.03 | 55.50 | 47.00 | 40404826 | Blattman_Invoices_000850 |
| 8/25/2017 | Young Conaway Stargatt & Taylor | $ 34,823.41 | 71.80 | 64.10 | 40405608 | Blattman_Invoices_000860 |
| 9/7/2017 | Young Conaway Stargatt & Taylor | $ 23,388.29 | 49.80 | 40.10 | 40405888 | Blattman_Invoices_000869 |
| 10/27/2017 | Young Conaway Stargatt & Taylor | $ 13,470.70 | 31.00 | 23.30 | 40407360 | Blattman_Invoices_000880 |

| Date | Firm | Fees / Costs* | Total Hours | Atty Hours | Invoice | Bates No. |
|---|---|---|---|---|---|---|
| 11/21/2017 | Young Conaway Stargatt & Taylor | $ 28,323.68 | 56.70 | 50.50 | 40408042 | Blattman_Invoices_000890 |
| 6/25/2018 | Young Conaway Stargatt & Taylor | $ 88,155.78 | 173.30 | 151.70 | 40409087 | Blattman_Invoices_000900 |
| 12/20/2018 | Young Conaway Stargatt & Taylor | $ 19,695.32 | 42.30 | 36.40 | 50001218 | Blattman_Invoices_000937 |
| 7/3/2019 | Young Conaway Stargatt & Taylor | $ 270,349.28 | 499.40 | 379.70 | 50006102 | Blattman_Invoices_000947 |
| 3/23/2020 | Young Conaway Stargatt & Taylor | $ 20,186.66 | 37.10 | 31.00 | 50013559 | Blattman_Invoices_000975 |
| 4/30/2021 | Young Conaway Stargatt & Taylor | $ 50,226.16 | 89.10 | 76.90 | 50024028 | Blattman_Invoices_000981 |
| Totals | | $ 8,790,751.85 | 16500.18 | 13685.49 | | |
| | | | | | | |

*Plaintiffs appear to have agreed to contingent-type arrangements with certain counsel, the details of which Defendants are unaware, but the hours herein reflect actual time worked by Plaintiffs' counsel based on their records.

# EXHIBIT A

THE REMAINDER OF APPENDIX A IS REDACTED IN ITS ENTIRETY