IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC BLATTMAN, individually and as an assignee of certain former members of E2.0 LLC, LAMB FAMILY LLC and DAVID STAUDINGER,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS M. SIEBEL, DAVID SCHMAIER, JOHN DOE 1 and JANE DOE 2,<br><br>Defendants,<br><br><br>C3, INC. d/b/a C3 IoT,<br>    Defendant,<br>    Counterclaim Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 15-530-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

At Wilmington this 16th day of June, 2021, having considered the Report and Recommendation issued by Special Master Sue L. Robinson on May 21, 2021, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that Special Master Robinson's Report and Recommendation (D.I. 422) is adopted and Defendant's Motion for a Bond Pursuant to Federal Rule of Civil Procedure 62 (D.I. 397) is DENIED.

_____
United States District Judge